IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDERICK DANIEL RODRIGUEZ,
ADC #123618                                                              PLAINTIFF

v.                                      4:10CV00147SWW-JTK

BRUCE PENNINGTON et al.                                                  DEFENDANTS

ORDER

Plaintiff's motion for a default judgment against defendants (Doc. No. 10) is hereby

DENIED.  Summons was returned, executed, with respect to defendants on April 15, 2010, and

a notice of appearance was entered on defendants' behalf by their attorney on April 19, 2010.

Local Rule 5.4 provides that seven days is a reasonable time after service within which a

responsive pleading is to be filed.  Therefore, the time has not yet run for the filing of

defendants' response to plaintiff's complaint.

IT IS SO ORDERED this 23rd  day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE