IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDERICK DANIEL RODRIGUEZ,
ADC #123618                                                                              PLAINTIFF

v.                                          4:10CV00147SWW/JTK

BRUCE PENNINGTON, et al.                                                   DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motion to compel (Doc. No. 29). Defendants have filed a response to the motion (Doc. No. 30).

In his motion, plaintiff states, "would like for the courts to allow me a motion to compel against the defendants...on the last (2) two forms that I've sent to the Docoments (sic) 16-1-3- and all last actions taken." In their response, defendants state they are unclear about plaintiff's request in his motion, stating document 16 is defendants' answer to the complaint, and does not require a further response from defendants. Furthermore, defendants state they have responded to all required pleadings.

The Court is unclear about the plaintiff's request, and finds no pleadings in which a response is required from defendants. In addition, the Court does not find any discovery requests pending, and plaintiff does not refer to such in his motion. Therefore, plaintiff's motion will be denied without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to compel (Doc. No. 29) is hereby DENIED without prejudice.

IT IS SO ORDERED this 3rd day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE