IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDERICK DANIEL RODRIGUEZ,
REG. #123618                                                                                      PLAINTIFF

v.                                        4:10-cv-00147-DPM-JTK

BRUCE PENNINGTON, et al.                                                              DEFENDANTS

## ORDER

On April 19, 2010, Defendants filed their answer (Doc. No. 16) to Plaintiff's Complaint, asserting several affirmative defenses. This matter is ready to be scheduled for trial. If Defendants intend to rely on the defenses mentioned in their Answer, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 8th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE