IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDRICK DANIEL RODRIGUEZ                                              PLAINTIFF

v.                         Case No. 4:10-cv-147-DPM

BRUCE PENNINGTON,
RAY PENNINGTON, and
PHILLIP SNODGRASS                                                     DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 83*. Rodriguez has not objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the substance of the proposal as its own. Defendants' motion for summary judgment, *Document No. 62*, is granted. Rodriguez's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 July 2011