IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDRICK DANIEL RODRIGUEZ                                    PLAINTIFF

v.                      Case No. 4:10-cv-147-DPM

BRUCE PENNINGTON,
RAY PENNINGTON, and
PHILLIP SNODGRASS                                            DEFENDANTS

JUDGMENT

Rodriguez's complaint is dismissed with prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 July 2011